914

No. 05–5687. WILLIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5691. VUKANOVICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5697. BARTLETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5703. LAGUERRE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5706. HUYGHUE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5707. HILTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5708. ZERDUCHE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5709. VEAL v. TENNIS, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5710. FINCK, AKA DuBois v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5711. KILIC v. MATTSEN FISHERIES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5712. GAYNOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5713. HOUSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5720. LUGO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5721. PEREZ-HERNANDEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5723. MCDONALD, AKA BROWN, AKA TAYLOR, AKA PALMER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.